UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Ivan Lipton and Rebecca Lipton

    Plaintiffs

   v.                                                   Civil Action No. 22-40137-RGS

Massachusetts Executive Office of Health and Human
Services, et al.

    Defendants

ORDER OF DISMISSAL

August 24, 2023

STEARNS, D.J.

In accordance with the court's Electronic Order [Dkt. # 30] entered on August 24, 2023, granting defendants' motion to dismiss, it is ORDERED that the above-entitled action be, and hereby is, dismissed.

                                                             By the court,

                                                             /s/ Arnold Pacho
                                                             Deputy Clerk